IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA

v.                                                                  Case No. <u>2:16cr6</u>

ANTHONY L. BURFOOT

### <u>DEFENDANT ANTHONY BURFOOT'S FIRST STATUS REPORT REGARDING DISCOVERY REVIEW</u>

COMES NOW the defendant, Anthony L. Burfoot, by counsel, and pursuant to the Court's request of January 28, 2016 in open Court, respectfully files the following discovery review status report:

1. The discovery materials form the Government in this case can be divided into 2 broad categories: (1) Electronic discovery materials (contained in 54 separate compact disks); and (2) Paper discovery (contained in approximately 20 boxes at the FBI building).

2. The Government has now produced to the defendant 2 sets of the 54 electronic discovery disks. The defendant requested 2 sets so that defense counsel and the defendant would each have their own set to facilitate review.

3. The Government has agreed to make copies of the paper discovery documents at the FBI and further advises that those documents will be produced to defense counsel on a rolling basis to be completed approximately by the end of next week.

4. Because of the high degree of timely cooperation and facilitation by the Government with defendant's discovery review, the defendant and his counsel are optimistic that the discovery can be examined well in advance of the May 3 trial date, and counsel expresses his appreciation to the Government for their diligence in assisting counsel as described.

5. Finally, counsel and the defendant have begun to review the electronic discovery on the disks and counsel will give the Court a further written status report as to his progress in that regard in one calendar week.

                                        Respectfully submitted,

                                        ANTHONY L. BURFOOT
                                        By:      /s/
                                                  Of counsel

Andrew M. Sacks, Esquire, VSB#: 20082
Stanley E. Sacks, Esquire, VSB# 04305
Attorneys for defendant Anthony L. Burfoot
SACKS & SACKS, P.C.
Town Point Center
150 Boush Street, Suite 501
Norfolk, VA 23510
Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: andrewsacks@lawfirmofsacksandsacks.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 4th day of February, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

    Melissa E.O'Boyle, Esquire
    Assistant United States Attorney
    United States Attorney's Office
    101 West Main Street, Suite 8000
    Norfolk, Virginia 23510
    Phone: (757) 441-6331
    Fax: (757) 441-6689
    Email: Melissa.OBoyle@usdoj.gov

                                        /s/
                                  Andrew M. Sacks, Esquire

Andrew M. Sacks, Esquire, VSB#: 20082
Stanley E. Sacks, Esquire, VSB# 04305
Attorneys for defendant Anthony L. Burfoot
SACKS & SACKS, P.C.
Town Point Center
150 Boush Street, Suite 501
Norfolk, VA 23510

Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: andrewsacks@lawfirmofsacksandsacks.com

F:\IC\BURFOOT Anthony\StatusReport2 4 16.docx