IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA

v.  Case No. <u>2:16cr6</u>
(MOTION NO. 11)

ANTHONY L. BURFOOT

### DEFENDANT ANTHONY L. BURFOOT'S MOTION TO DISMISS PERJURY COUNTS SEVEN AND EIGHT ON THE GROUNDS THAT THE PREDICATE QUESTIONS CONSTITUTED IMPERMISSIBLE PERJURY ENTRAPMENT

COMES NOW the defendant, Anthony L. Burfoot, and, pursuant to the Fifth and Sixth Amendments of the United States Constitution, Fed. R. Crim. P. 12 (b) (3), and the inherent and supervisory powers of this Honorable Court, respectfully moves this Court for the entry of an Order dismissing perjury Counts Seven and Eight, on the grounds that the predicate questions by the Government constituted impermissible perjury entrapment.

The defendant further respectfully incorporates by reference herein the grounds set forth in the defendant's accompanying Brief In Support.

ANTHONY L. BURFOOT
By:_____/s/_____
Of counsel

Andrew M. Sacks, Esquire, VSB#: 20082
Stanley E. Sacks, Esquire, VSB# 04305
Attorneys for defendant Anthony L. Burfoot
SACKS & SACKS, P.C.
Town Point Center
150 Boush Street, Suite 501
Norfolk, VA 23510
Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: andrewsacks@lawfirmofsacksandsacks.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

1

Melissa E.O'Boyle, Esquire
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6331
Fax: (757) 441-6689
Email: Melissa.OBoyle@usdoj.gov

                                                /s/
                                        Andrew M. Sacks, Esquire

Andrew M. Sacks, Esquire, VSB#: 20082
Stanley E. Sacks, Esquire, VSB# 04305
Attorneys for defendant Anthony L. Burfoot
SACKS & SACKS, P.C.
Town Point Center
150 Boush Street, Suite 501
Norfolk, VA 23510
Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: andrewsacks@lawfirmofsacksandsacks.com

F:\IC\BURFOOT Anthony\MOT 11.DismissPerjury7-8.docx