IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 2:16cr6
                                                      (MOTION NO. 17)
ANTHONY L. BURFOOT

## DEFENDANT ANTHONY L. BURFOOT'S MOTION FOR LEAVE TO FILE SPECIFIC ADDITIONAL MOTIONS

COMES NOW the defendant, Anthony L. Burfoot, by counsel, and, pursuant to the

Federal Rules of Criminal Procedure as made and provided, and the Local Rules of this

Court, respectfully moves this Court for the entry of an Order, for good cause shown,

granting the defendant leave to file the following specific pretrial Motions at this time:

1.      Defendant Anthony L. Burfoot's Conditional Motion For A Change Of Venue If

An Impartial Jury Cannot Be Impanelled

2.      Defendant Anthony L. Burfoot's Request For Certain Discovery Materials In

Connection With Allegations Of Anticipated Government Witness Ronald W. Boone, Sr.

The defendant respectfully incorporates by reference his grounds in support of this

Motion as set out in his accompanying Brief In Support.

                                    ANTHONY L. BURFOOT
                                    By:_____/s/_____
                                                      Of counsel

Andrew M. Sacks, Esquire, VSB#: 20082
Stanley E. Sacks, Esquire, VSB# 04305
Attorneys for defendant Anthony L. Burfoot
SACKS & SACKS, P.C.
Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: andrewsacks@lawfirmofsacksandsacks.com

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on this 8th day of October, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

       Melissa E.O'Boyle, Esquire
       Assistant United States Attorney
       United States Attorney's Office
       101 West Main Street, Suite 8000
       Norfolk, Virginia 23510
       Phone: (757) 441-6331
       Fax: (757) 441-6689
       Email: Melissa.OBoyle@usdoj.gov

                                                /s/
                                        Andrew M. Sacks, Esquire

Andrew M. Sacks, Esquire, VSB#: 20082
Stanley E. Sacks, Esquire, VSB# 04305
Attorneys for defendant Anthony L. Burfoot
SACKS & SACKS, P.C.
Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: andrewsacks@lawfirmofsacksandsacks.com