IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION



UNITED STATES OF AMERICA

v.   Case No. 2:16cr6

ANTHONY L. BURFOOT

### PETITION AND ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

It appearing to the Court that the witness, Stephen G. Fields, is currently in federal custody, and must appear before the United States District Court for the Eastern District of Virginia, Norfolk Division, at 10:00 a.m. on Monday, November 21, 2016 to testify;

It is hereby ORDERED that a writ of habeas corpus ad testificandum issue forthwith, to be directed to United States Marshal at FCI Fort Dix at 5756 Hartford & Pointvile Road, Joint Base MDL, New Jersey 08640 to surrender the body of the above-named witness into custody of the United States Marshal for the Eastern District of Virginia on or before Monday, November 27, 2016, and who shall produce the same before United States District Court for the Eastern District of Virginia, Norfolk Division,

on Monday, November 21, 2016 at 10:00 a.m. and at such other times as this Court may direct, and to be thereafter forthwith returned by the United States Marshal to the above-referenced institution and custody.

/s/
Douglas E. Miller
United States Magistrate J...e
_____
United States Magistrate Judge

October 31, 2016
Norfolk, Virginia

WE ASK FOR THIS:

_____
Andrew M. Sacks, Esquire, VSB#: 20082