IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. <u>2:16cr6</u>

ANTHONY L. BURFOOT

## <u>DEFENDANT'S PROPOSED SPECIAL VOIR DIRE QUESTIONS</u>

COMES NOW the defendant, Anthony Burfoot, by counsel, and pursuant to Local Criminal Rule 30 of this Court, respectfully requests the following special voir dire questions in the above trial:

Ordinarily, the defendant would propose certain special voir dire questions to the Court at this time to propound to the prospective jury panel as a group.

However, inasmuch as the Court has utilized a detailed jury questionnaire, which questionnaires counsel will examine tomorrow, November 1, 2016, and inasmuch as counsel does not yet know the contents of the questionnaire responses, counsel respectfully reserves the right to request additional special voir dire questions to the panel as a whole and/or individual follow-up questions to individual prospective jurors depending upon the questionnaire responses.

Accordingly, for the foregoing reasons, defense counsel is not yet in a position to request such additional voir dire either to the panel as a whole and/or individually, and respectfully reserves the right to do so once the questionnaires are examined.

                                              ANTHONY L. BURFOOT

                                              By:_____/s/_____
                                                     Of counsel

Andrew M. Sacks, Esquire, VSB#: 20082
Stanley E. Sacks, Esquire, VSB# 04305
Attorneys for defendant Anthony L. Burfoot

1

SACKS & SACKS, P.C.
Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: andrewsacks@lawfirmofsacksandsacks.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

Melissa E.O'Boyle, Esquire
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6331
Fax: (757) 441-6689
Email: Melissa.OBoyle@usdoj.gov

                                                        /s/
                                            Andrew M. Sacks, Esquire

Andrew M. Sacks, Esquire, VSB#: 20082
Stanley E. Sacks, Esquire, VSB# 04305
Attorneys for defendant Anthony L. Burfoot
SACKS & SACKS, P.C.
Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: andrewsacks@lawfirmofsacksandsacks.com

F:\IC\BURFOOT Anthony\VoirDire10 31 16.docx