IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 2:16cr6

ANTHONY L. BURFOOT

## DEFENDANT ANTHONY L. BURFOOT'S REQUEST FOR EXPEDITED TRANSCRIPTS OF CERTAIN TRIAL TESTIMONY

COMES NOW the defendant, Anthony Burfoot, by counsel, and pursuant to Local Criminal Rule 57.3 (E) of this Court, respectfully gives notice of his intention to request expedited transcripts during trial of certain trial testimony, as the need by the defense may arise.

Defense counsel's office has already orally advised Ms. Jody Stewart, OCR, of this potential request and respectfully gives this notice in accordance with the Local Criminal Rules.

ANTHONY L. BURFOOT

By: _____/s/_____
          Of counsel

Andrew M. Sacks, Esquire, VSB#: 20082
Stanley E. Sacks, Esquire, VSB# 04305
Attorneys for defendant Anthony L. Burfoot
SACKS & SACKS, P.C.
Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: andrewsacks@lawfirmofsacksandsacks.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

1

Melissa E.O'Boyle, Esquire
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6331
Fax: (757) 441-6689
Email: Melissa.OBoyle@usdoj.gov

This will hereby further certify that a copy of the foregoing was faxed and e-mailed to:

Jody Stewart, CRR, RMR
Official U.S. Court Reporter
United States District Court
600 Granby Street, Suite 217
Norfolk, VA 23510

This will hereby further certify that a copy of the foregoing was faxed to:

Heidi Jeffreys, RDR, CRR
United States District Court
600 Granby Street, Suite 217
Norfolk, VA 23510



/s/
Andrew M. Sacks, Esquire

Andrew M. Sacks, Esquire, VSB#: 20082
Stanley E. Sacks, Esquire, VSB# 04305
Attorneys for defendant Anthony L. Burfoot
SACKS & SACKS, P.C.
Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: andrewsacks@lawfirmofsacksandsacks.com

F:\IC\BURFOOT Anthony\RequestExpeditedTranscripts10 31 16.docx