IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. <u>2:16cr6</u>

ANTHONY L. BURFOOT

<u>**DEFENDANT'S PROPOSED SPECIAL VOIR DIRE QUESTIONS**</u>

COMES NOW the defendant, Anthony Burfoot, by counsel, and pursuant to Local Criminal Rule 30 of this Court, respectfully requests the following special voir dire questions in the above trial:

1.      Have any of you seen, read, or heard any information about this case from any media source since you filled out the questionnaires?

2.      Have any of you discussed this case with anyone since you filled out the questionnaires?

3.      Have any of you heard the case discussed by anyone else since you filled out the questionnaires?

4.      Have you since formed any opinions about this case or about Mr. Burfoot's guilt or innocence after filling out the questionnaires other than what you already discussed in the questionnaires?

5.      Other than what you have already answered in the questionnaires, do any of you believe that Anthony Burfoot has done something wrong?

6.      Do any of you or your close family members or close friends, to your knowledge, know the late Thomas W. Moss, Jr., the elected Norfolk City Treasurer who preceded Mr. Burfoot in office?

7.     There may be evidence that Anthony Burfoot had some relationships with other women at various times while he is married.

a.     Would that fact create a negative impression of the defendant in your mind?

b.     Would that fact affect your verdict in this case?

c.     How may of you would consider that an indication that the defendant did something wrong in this case?

8.     Do any of you have any additional information that you feel necessary to add to your questionnaires since you filled them out?

9.     Is there anything else that you feel at this time should be brought to the Court's attention that might influence you in any way should you serve as s juror in this case?

ANTHONY L. BURFOOT

By:_____/s/_____
                Of counsel

Andrew M. Sacks, Esquire, VSB#: 20082
Stanley E. Sacks, Esquire, VSB# 04305
Attorneys for defendant Anthony L. Burfoot
SACKS & SACKS, P.C.
Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: andrewsacks@lawfirmofsacksandsacks.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 31st day of October, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

Melissa E.O'Boyle, Esquire
Assistant United States Attorney

United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6331
Fax: (757) 441-6689
Email: Melissa.OBoyle@usdoj.gov

_____/s/_____
Andrew M. Sacks, Esquire

Andrew M. Sacks, Esquire, VSB#: 20082
Stanley E. Sacks, Esquire, VSB# 04305
Attorneys for defendant Anthony L. Burfoot
SACKS & SACKS, P.C.
Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: andrewsacks@lawfirmofsacksandsacks.com

F:\JC\BURFOOT Anthony\VoirDire10 31 16.docx