AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia, Norfolk

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Anthony Burfoot | ) | Case No. 2:16cr6 |
| | ) | |
| *Defendant* | ) | |



**SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE**

To:

Breckenridge Daughtrey
City Clerk for the City of Norfolk
810 Union Street, Suite 1006
Norfolk, VA 23510

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. District Court | Courtroom No.: | 2 |
|---|---|---|---|
| | 600 Granby Street Norfolk, VA 23510 | Date and Time: | 11/07/2016 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: 9/30/16

RECEIVED

NOV – 7 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Anthony Burfoot
_____, who requests this subpoena, are:

Andrew M. Sacks, Esquire
Sacks & Sacks, P.C.
Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: 757-623-2753
Facsimile: 757-274-0148
E-mail: sacks@lawfirmofsacksandsacks.com

65

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:16cr6

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Breckenridge Daughtrey

was received by me on *(date)* 10·22·16 .

☑ I served the subpoena by delivering a copy to the named person as follows:

Breckenridge Daughtrey

on *(date)* 10·31·16 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10·31·16

_____
*Server's signature*

_____
*Printed name and title*

4 Norman De Foguason VA 23662
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA - NORFOLK DIVISION**

STATE/COMMONWEALTH OF: VA

407496 - 65

UNITED STATES OF AMERICA

In re / v.

ANTHONY BURFOOT

CASE NO:

**2:16cr6**

### BRECKENRIDGE DAUGHTREY, CITY CLERK

#### CITY OF NORFOLK

810 UNION STREET, STE 1006, NORFOLK, VA  23510

is the name and address of the person upon whom service of the following is to be made.

**Document(s) Served:**

#### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE, CHECK

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:  **10/31/2016  @  4:10 PM**

Place of service if DIFFERENT than above:   **810 UNION STREET, STE 199 NORFOLK, VA**

METHOD OF SERVICE:

*PERSONAL SERVICE*

Dated:  11/1/2016

Name:  JOHNNIE T. DAY

Signature

COMMONWEALTH OF VIRGINIA

CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by

JOHNNIE T. DAY

who is personally known to me.

Date:  11/1/2016

My commission expire   11/30/2019

Signature of Notary Public:      CARRIE I SESMA, REG # 7160997

CARRIE I SESMA, REG # 7160997
Notary Public
Commonwealth of Virginia
My Commission Expires:  11/30/2019

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

IVANA COBANOV

407496 - 65

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Virginia, Norfolk

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Anthony Burfoot | ) | Case No.  2:16cr6 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:      Roderick Woolard
             1113 Vintage Court
             Virginia Beach, VA 23454

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. District Court 600 Granby Street Norfolk, VA 23510 | Courtroom No.: 2 |
|---|---|---|
| | | Date and Time: 11/07/2016 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

RECEIVED

NOV – 7 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

*(SEAL)*

Date:    9/30/16

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Anthony Burfoot
, who requests this subpoena, are:

Andrew M. Sacks, Esquire
Sacks & Sacks, P.C.
Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: 757-623-2753
Facsimile: 757-274-0148
E-mail: sacks@lawfirmofsacksandsacks.com

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:16cr6

# PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Roderick   Woolard

was received by me on *(date)*   10·21·2016

☑ I served the subpoena by delivering a copy to the named person as follows:   Roderick

Woolard.

_____   on *(date)*   10·28·2016   ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:   11·5·2016

_____
*Server's signature*

JOHNNIE Day
*Printed name and title*

4 Norman Dr Poquoson - VA - 23662
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA - NORFOLK DIVISION**

STATE/COMMONWEALTH OF: VA

407496 - 59

UNITED STATES OF AMERICA

In re / v.

ANTHONY BURFOOT

CASE NO:

## 2:16cr6

---

### RODERICK WOOLARD

#### 1113 VINTAGE COURT, VIRGINIA BEACH, VA  23454

is the name and address of the person upon whom service of the following is to be made.

Document(s)
Served:

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE, CHECK

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:          **10/28/2016  @   6:30 PM**

METHOD OF SERVICE:

*Being unable to make personal service, a copy was delivered in the following manner:*

**POSTED on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)**

Dated:  10/31/2016                     Signature

Name:  JOHNNIE T. DAY

COMMONWEALTH OF VIRGINIA

CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by

JOHNNIE T. DAY

who is personally known to me.

Date:  10/31/2016

My commission expire   1/31/2019

Signature of Notary Public.      JEKECIA K. JEFFERSON, REG #7127290

JEKECIA K. JEFFERSON, REG #7127290
Notary Public
Commonwealth of Virginia
My Commission Expires:  1/31/2019

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

IVANA COBANOV

407496 - 59

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Virginia, Norfolk

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Anthony Burfoot | ) | Case No.  2:16cr6 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:      James White
         1298 Hillock Crossing
         Virginia Beach, VA 23455

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. District Court | Courtroom No.: 2 |
|---|---|---|
| | 600 Granby Street | Date and Time: 11/07/2016 10:00 am |
| | Norfolk, VA 23510 | |

   You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

RECEIVED

NOV - 7 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

*(SEAL)*

Date:     9/30/16

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*      Anthony Burfoot
_____ , who requests this subpoena, are:

Andrew M. Sacks, Esquire
Sacks & Sacks, P.C.
Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: 757-623-2753
Facsimile: 757-274-0148
E-mail: sacks@lawfirmofsacksandsacks.com

37

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:16cr6

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _James White_

was received by me on *(date)* _10-28-2016_.

☑ I served the subpoena by delivering a copy to the named person as follows: _James White_

_____ on *(date)* _10-28-2016_ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date:  _11-5-2016_

_____
Server's signature

_____
Printed name and title

_4 Norman Dr Poguosan VA: 23662_
Server's address

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA - NORFOLK DIVISION**

STATE/COMMONWEALTH OF:
VA

**UNITED STATES OF AMERICA**

In re / V.

**ANTHONY BURFOOT**

CASE NO:

## 2:16cr6

---

**JAMES WHITE**

**1298 HILLOCK CROSSING, VIRGINIA BEACH, VA 23455**

is the name and address of the person upon whom service of the following is to be made.

Document(s)
    Served:

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE, CHECK

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:

**10/28/2016 @ 4:20 PM**

METHOD OF SERVICE:

**PERSONAL SERVICE**

Dated: 11/1/2016          Signature
Name: JOHNNIE T. DAY

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON
Subscribed and sworn to/affirmed before me this day by
JOHNNIE T. DAY
who is personally known to me.
Date: 11/1/2016
My commission expires: 11/30/2019

Signature of Notary Public:    CARRIE I SESMA, REG # 7160997

CARRIE I SESMA, REG # 7160997
Notary Public
Commonwealth of Virginia
My Commission Expires: 11/30/2019

HESTER SERVICES, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

IVANA COBANOV

407496 - 60

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia, Norfolk

United States of America )
v. )
Anthony Burfoot )    Case No.  2:16cr6
)
*Defendant* )

RECEIVED

NOV − 7 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:          The Honorable Don Williams
             809 West Ocean View Avenue
             Norfolk, VA 23503

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. District Court<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.: | 2 |
| | | Date and Time: | 11/07/2016 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

RECEIVED

NOV − 7 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

*(SEAL)*

Date:   9/30/16

CLERK OF COURT

C. Truce
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*          Anthony Burfoot
, who requests this subpoena, are:

Andrew M. Sacks, Esquire
Sacks & Sacks, P.C.
Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: 757-623-2753
Facsimile: 757-274-0148
E-mail: sacks@lawfirmofsacksandsacks.com

29

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:16cr6

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Don Williams

was received by me on *(date)* 10-21-2016

☐ I served the subpoena by delivering a copy to the named person as follows:

on *(date)* _____ ; or

☑ I returned the subpoena unexecuted because: Need apartment number.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 11-5-2016

_____
*Server's signature*

_____
*Printed name and title*

4 Norman Dr Poquoson VA 23662
*Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Virginia, Norfolk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Anthony Burfoot | ) | Case No.  2:16cr6 |
| | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:         The Honorable Don Williams
            809 West Ocean View Avenue
            Norfolk, VA 23503

         **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. District Court | Courtroom No.: | 2 |
|---|---|---|---|
| | 600 Granby Street | Date and Time: | 11/07/2016 10:00 am |
| | Norfolk, VA 23510 | | |

         You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  9/30/16

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*        Anthony Burfoot
, who requests this subpoena, are:

Andrew M. Sacks, Esquire
Sacks & Sacks, P.C.
Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: 757-623-2753
Facsimile: 757-274-0148
E-mail: sacks@lawfirmofsacksandsacks.com

THE HONORABLE DON WILLIA
407496, 29
SERVED BY: H.S.I - 757.868.5833

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:16cr6

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____                          on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: _____                          _____
                                                                     *Server's signature*

                                                                     _____
                                                                     *Printed name and title*

                                                                     _____
                                                                     *Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF ATTEMPT TO SERVE

COMMONWEALTH OF VIRGINIA                                            SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT**          STATE/COMMONWEALTH OF:        407496 - 29
**OF VA - NORFOLK DIVISION**                                             VA

| | |
|---|---|
| **UNITED STATES OF AMERICA**  } | **CASE NO:** |
| }  } | **2:16cr6** |
| In re / v.  } } | |
| **ANTHONY BURFOOT**  } | |

---

### THE HONORABLE DON WILLIAMS

**809 WEST OCEAN VIEW AVE, NORFOLK, VA  23503**

is the name and address of the person upon whom service of the following is to be made.

**Document(s)**
**Served:**

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE, CHECK

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of attempt of service:      **10/22/2016**  @      **9:15 AM**

<u>NOT SERVED</u>

*NOT FOUND*

**SERVER'S**   THIS IS A 8 UNIT APT BUILDING. NEED APT NUMBER
**NOTES:**

Dated: 11/1/2016            Signature

COMMONWEALTH OF VIRGINIA                    Name: JOHNNIE T. DAY

CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by

JOHNNIE T. DAY

who is personally known to me.

Date:  11/1/2016

My commission expire    11/30/2019            Signature of Notary Public:    CARRIE I SESMA, REG # 7160997

| |
|---|
| **CARRIE I SESMA, REG # 7160997** |
| **Notary Public** |
| **Commonwealth of Virginia** |
| **My Commission Expires:  11/30/2019** |

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

IVANA COBANOV

407496 - 29

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

RECEIVED

for the

Eastern District of Virginia, Norfolk

| | | |
|---|---|---|
| United States of America | ) | NOV  – 7  2016 |
| v. | ) | |
| Anthony Burfoot | ) | Case No. 2:16cr6 |
| | ) | CLERK, U.S. DISTRICT COURT NORFOLK, VA |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:
Benita L. Moore
4832 Winthrop Street
Norfolk, VA 23513

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Court | Courtroom No.: 2 |
|---|---|
| 600 Granby Street Norfolk, VA 23510 | Date and Time: 11/07/2016 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  9/30/16

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*     Anthony Burfoot
_____ , who requests this subpoena, are:

Andrew M. Sacks, Esquire
Sacks & Sacks, P.C.
Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: 757-623-2753
Facsimile: 757-274-0148
E-mail: sacks@lawfirmofsacksandsacks.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:16cr6

**PROOF OF SERVICE**

This subpoena for *(name of individual and title, if any)* Benita Moore

was received by me on *(date)* 10·22·16 .

☑ I served the subpoena by delivering a copy to the named person as follows: Benita Moore,

_____ on *(date)* 10·25·16 ____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00   .

I declare under penalty of perjury that this information is true.

Date: 10·25·16

_____
*Server's signature*

_____
*Printed name and title*

4 Norman Dr Poquoson VA 23662
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA - NORFOLK DIVISION**

STATE/COMMONWEALTH OF:
VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | **CASE NO:** |
| In re / V. | } | |
| ANTHONY BURFOOT | } | **2:16cr6** |

**BENITA L. MOORE**

**4832 WINTHROP STREET, NORFOLK, VA 23513**

is the name and address of the person upon whom service of the following is to be made.

**Document(s) Served:**

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE, CHECK

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:        **10/25/2016 @ 6:21 PM**

METHOD OF SERVICE:

*Being unable to make personal service, a copy was delivered in the following manner:*

**Delivered to family member (not temporary sojourner or guest) age 16 or older of party named above after giving information of its purport. List name, age of recipient, and relationship of recipient to party named above.**

*DOUG MOORE*                                                                *Spouse - Over 16*

**Prior Attempts:**
10/21 5:30P-, NO ANSWER, LEFT NOTICE OF ATTEMPTED DELIVERY 10/22 12:10P-, NO ANSWER, LEFT NOTICE OF ATTEMPTED DELIVERY 10/22 6:31P-, NO ANSWER, LEFT NOTICE OF ATTEMPTED DELIVERY 10/24 5:50P-, N,A LEFT NOTICE OF ATTEMPTED DELIVERY

Dated:  10/26/2016          Signature
Name:   JOHNNIE T. DAY

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by
JOHNNIE T. DAY
who is personally known to me.

Date:  10/26/2016

My commission expires:  11/30/2019

Signature of Notary Public:    CARRIE I SESMA, REG # 7160997

> **CARRIE I SESMA, REG # 7160997**
> **Notary Public**
> **Commonwealth of Virginia**
> **My Commission Expires:  11/30/2019**

IVANA COBANOV

407496 - 51

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia, Norfolk

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Anthony Burfoot | )    Case No.  2:16cr6 |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:        Michael Muhammad
           c/o Jon M. Babineau, Esquire
           Riddick Babineau, P.C.
           109 East Main Street, Suite 413
           Norfolk, VA 23510-1717

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. District Court | Courtroom No.: | 2 |
|---|---|---|---|
| | 600 Granby Street | Date and Time: | 11/07/2016 10:00 am |
| | Norfolk, VA 23510 | | |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

RECEIVED

NOV - 7 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

*(SEAL)*

Date:  9/30/16

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*        Anthony Burfoot
_____, who requests this subpoena, are:

Andrew M. Sacks, Esquire
Sacks & Sacks, P.C.
Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: 757-623-2753
Facsimile: 757-274-0148
E-mail: sacks@lawfirmofsacksandsacks.com

b4

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:16cr6

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Michael Muhammad

was received by me on *(date)* 10-20-16 .

☑ I served the subpoena by delivering a copy to the named person as follows:

Michael Muhammad

_____ on *(date)* 10·31·16 ; or

☐ I returned the subpoena unexecuted because:

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10·31·16

_____
Server's signature

_____
Printed name and title

4 Norman Dr Poquosm VA 23662
Server's address

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA                                      SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT**          STATE/COMMONWEALTH OF:          407496 - 64
**OF VA - NORFOLK DIVISION**                                          VA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO: |
| In re / v. | **2:16cr6** |
| ANTHONY BURFOOT | |

---

### MICHAEL MUHAMMAD

**C/O JON M. BABINEAU, ESQ., RIDDICK BABINEAU, P.C.**
**109 E. MAIN STREET, STE 413, NORFOLK, VA  23510**

is the name and address of the person upon whom service of the following is to be made.

**Document(s)**
**Served:**

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE, CHECK

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:          **10/31/2016**   @   **3:40 PM**

METHOD OF SERVICE:

*PERSONAL SERVICE*

Dated: 11/1/2016          Signature
Name:  JOHNNIE T. DAY

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by
JOHNNIE T. DAY
who is personally known to me.
Date:  11/1/2016

Signature of Notary Public:          CARRIE T SESMA, REG # 7160997

| |
|---|
| CARRIE I SESMA, REG # 7160997 |
| Notary Public |
| Commonwealth of Virginia |
| My Commission Expires:  11/30/2019 |

My commission expire   11/30/2019

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

IVANA COBANOV                                                                              407496 - 64

AO 89A (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia, Norfolk

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Anthony Burfoot | ) | Case No. 2:16cr6 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:
Gus J. James, Esquire
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510-3037

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Court | Courtroom No.: 2 |
|---|---|
| 600 Granby Street Norfolk, VA 23510 | Date and Time: 11/07/2016 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: 10/5/16

RECEIVED
NOV - 7 2016
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

---

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*     Anthony Burfoot
, who requests this subpoena, are:

Andrew M. Sacks, Esquire
Sacks & Sacks, P.C.
Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: 757-623-2753
Facsimile: 757-274-0148
E-mail: sacks@lawfirmofsacksandsacks.com

9

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:16cr6

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Gus James Esq

was received by me on *(date)* 10·20·16 ·

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☑ I returned the subpoena unexecuted because: Subject is on medical leave from knee replacement

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-24-16

_____
*Server's signature*

Donnie Pitt
*Printed name and title*

4 Norman Dr Poquoson VA 23662
*Server's address*

Additional information regarding attempted service, etc:

AO 89  (Rev  08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Virginia, Norfolk

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:16cr6 |
| Anthony Burfoot | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Gus J. James, Esquire
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510-3037

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. District Court | Courtroom No.: | 2 |
|---|---|---|---|
| | 600 Granby Street | Date and Time: | 11/07/2016 10:00 am |
| | Norfolk, VA 23510 | | |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

RECEIVED
NOV - 7 2016
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

*(SEAL)*

Date:  10/5/16

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*     Anthony Burfoot
_____ , who requests this subpoena, are:

Andrew M. Sacks, Esquire
Sacks & Sacks, P.C.
Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: 757-623-2753
Facsimile: 757-274-0148
E-mail: sacks@lawfirmofsacksandsacks.com

SERVED BY: H.S.I - 757.868.5933
GUS J. JAMES, ESQUIRE
KAUFMAN & CANOLES, P.C.
407496 - 9

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 2:16cr6

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF ATTEMPT TO SERVE

COMMONWEALTH OF VIRGINIA                          SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT**          STATE/COMMONWEALTH OF:          407496 - 9
**OF VA - NORFOLK DIVISION**                                              VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | CASE NO: |
| | } | |
| In re / v. | } | **2:16cr6** |
| ANTHONY BURFOOT | } | |
| | } | |

---

### GUS J. JAMES, ESQUIRE

#### KAUFMAN & CANOLES, P.C.

##### 150 WEST MAIN STREET, STE 2100, NORFOLK, VA 23510

is the name and address of the person upon whom service of the following is to be made.

**Document(s)**
**Served:**

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE, CHECK

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of attempt of service:          **10/24/2016**   @   **3:41 PM**

<u>NOT SERVED</u>

*NOT FOUND*

**SERVER'S**   REFUSED TO ACCEPT STATED SUBJECT IS OUT ON LEAVE FROM A KNEE REPLACEMENT AND DOES NOT KNOW WHEN HE WILL
**NOTES:**      RETURN. HIS SECRETARY IS HEATHER STERLING 624-3135.

Dated: 11/1/2016          Signature

Name: JOHNNIE T. DAY

COMMONWEALTH OF VIRGINIA

CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by

JOHNNIE T. DAY

who is personally known to me.

Date:  11/1/2016

My commission expire   11/30/2019

Signature of Notary Public:          CARRIE I SESMA, REG # 7160997

| |
|---|
| **CARRIE I SESMA, REG # 7160997** |
| **Notary Public** |
| **Commonwealth of Virginia** |
| **My Commission Expires:  11/30/2019** |

IVANA COBANOV

407496 - 9

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia, Norfolk

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Anthony Burfoot | ) | Case No.  2:16cr6 |
| | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Gus J. James, II, Esquire
1521 Chandon Crescent
Virginia Beach, VA 23454

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. District Court | Courtroom No.: | 2 |
|---|---|---|---|
| | 600 Granby Street | Date and Time: | 11/07/2016 10:00 am |
| | Norfolk, VA 23510 | | |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

RECEIVED

NOV – 7 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

*(SEAL)*

Date:  9/30/16

*CLERK OF COURT*

Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Anthony Burfoot
, who requests this subpoena, are:

Andrew M. Sacks, Esquire
Sacks & Sacks, P.C.
Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: 757-623-2753
Facsimile: 757-274-0148
E-mail: sacks@lawfirmofsacksandsacks.com

62

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:16cr6

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _Gus Q. James III, Esq_

was received by me on *(date)* _10-19-2016_

☑ I served the subpoena by delivering a copy to the named person as follows: _____

_Gus Q. James, III, Esq_ _____

on *(date)* _11-2-2016_ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: _11-2-2016_

_____
*Server's signature*

_Solannie Day, Process Server_
*Printed name and title*

_4 Norman Dr. Poquoson. VA - 23662_
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA                                     SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT**          STATE/COMMONWEALTH OF:          407496 - 62
**OF VA - NORFOLK DIVISION**                                VA

| | |
|---|---|
| **UNITED STATES OF AMERICA** } | **CASE NO:** |
| In re / v. } | **2:16cr6** |
| **ANTHONY BURFOOT** } | |

### GUS J JAMES, II, ESQ

#### 1521 CHANDON CRESCENT, VIRGINIA BEACH, VA 23454

is the name and address of the person upon whom service of the following is to be made.

**Document(s)**
**Served:**

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE, CHECK

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:          **11/1/2016**  @  **12:00 PM**

METHOD OF SERVICE:

*PERSONAL SERVICE*

Dated: 11/2/2016                          Signature
Name:   JOHNNIE T. DAY

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by
JOHNNIE T. DAY

who is personally known to me.

Date:  11/2/2016

My commission expire   11/30/2019          Signature of Notary Public:     CARRIE I SESMA, REG # 7160997

| |
|---|
| **CARRIE I SESMA, REG # 7160997** |
| **Notary Public** |
| **Commonwealth of Virginia** |
| **My Commission Expires:  11/30/2019** |

AO 89 (Rev 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia, Norfolk

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Anthony Burfoot | ) Case No. 2:16cr6 |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:
Cynthia B. Hall-Lang, Esquire
Norfolk Office of the City Attorney
900 City Hall Avenue
800 Union Street
Norfolk, VA 23510-2717

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Court | Courtroom No.: 2 |
|---|---|
| 600 Granby Street | Date and Time: 11/07/2016 10:00 am |
| Norfolk, VA 23510 | |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: 10/5/16



RECEIVED

NOV - 7 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

*CLERK OF COURT*

C. Ince

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ Anthony Burfoot
_____ , who requests this subpoena, are:

Andrew M. Sacks, Esquire
Sacks & Sacks, P.C.
Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: 757-623-2753
Facsimile: 757-274-0148
E-mail: sacks@lawfirmofsacksandsacks.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:16cr6

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Cynthia B. Hall-Lang. Esquire

was received by me on *(date)* 10-19-2016

☒ I served the subpoena by delivering a copy to the named person as follows: Cynthia B. Hall-Lang-Esq.

on *(date)* 10-24-2016 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ ___ for travel and $ ___ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-2-2016

Johnnie Day, Process Server

*Server's signature*

*Printed name and title*

4 Norman Dr. Poquoson. VA. 23662

*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA - NORFOLK DIVISION**

STATE/COMMONWEALTH OF:
VA

**UNITED STATES OF AMERICA**

In re / V.

**ANTHONY BURFOOT**

}
}
}
}
}
}
}

**CASE NO:**

# 2:16cr6

**CYNTHIA B. HALL- LANG, ESQUIRE**

**NORFOLK OFFICE OF THE CITY ATTORNEY**

900 CITY HALL AVE 810 UNION STREET, NORFOLK, VA  23510

is the name and address of the person upon whom service of the following is to be made.

Document(s)
    Served:

**SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE, CHECK**

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:

**10/24/2016 @  1:50 PM**

METHOD OF SERVICE:

**PERSONAL SERVICE**

Dated:  11/2/2016
Name:  JOHNNIE T. DAY

Signature

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON
Subscribed and sworn to/affirmed before me this day by
JOHNNIE T.  DAY
who is personally known to me.
Date:  11/2/2016
My commission expires:  11/30/2019

Signature of Notary Public:    CARRIE I SESMA, REG # 7160997

CARRIE I SESMA, REG # 7160997
Notary Public
Commonwealth of Virginia
My Commission Expires:  11/30/2019

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia, Norfolk

| United States of America | ) | |
| v. | ) | |
| Anthony Burfoot | ) | Case No.  2:16cr6 |
| | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:
Kenneth Roberts
4922 Lauderdale Avenue, Apt. A
Virginia Beach, VA 23455

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. District Court | Courtroom No.: | 2 |
| | 600 Granby Street | Date and Time: | 11/07/2016 10:00 am |
| | Norfolk, VA 23510 | | |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

RECEIVED

NOV – 7 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

*(SEAL)*

Date:  9/30/16

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*       Anthony Burfoot
_____ , who requests this subpoena, are:

Andrew M. Sacks, Esquire
Sacks & Sacks, P.C.
Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: 757-623-2753
Facsimile: 757-274-0148
E-mail: sacks@lawfirmofsacksandsacks.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:16cr6

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Kenneth Roberts
was received by me on *(date)* 10·19·2016

☑ I served the subpoena by delivering a copy to the named person as follows:
Kenneth Roberts
_____ on *(date)* 11·1·2016 ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11·2·2016   _____
*Server's signature*

Johnnie Day. Process Server
*Printed name and title*

4 Norman Dr. Poquoson·VA.
*Server's address*  23662

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA - NORFOLK DIVISION**

STATE/COMMONWEALTH OF: VA

407496 - 47

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO:** |
| In re / v. | **2:16cr6** |
| **ANTHONY BURFOOT** | |

---

### KENNETH ROBERTS

#### 4922 LAUDERDALE AVE, APT. A, VIRGINIA BEACH, VA 23455

is the name and address of the person upon whom service of the following is to be made.

**Document(s) Served:**

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE, CHECK

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:      **11/1/2016** @    **10:00 AM**

**METHOD OF SERVICE:**

*PERSONAL SERVICE*

**Prior Attempts:**
10/21 7:34P, NO ANSWER, LEFT NOTICE OF ATTEMPTED DELIVERY 10/22 12:30P-, NO ANSWER, LEFT NOTICE OF ATTEMPTED DELIVERY

Dated: 11/2/2016        Signature

Name:  JOHNNIE T. DAY

COMMONWEALTH OF VIRGINIA

CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by

JOHNNIE T. DAY

who is personally known to me.

Date:  11/2/2016

My commission expire   11/30/2019

Signature of Notary Public:     CARRIE I SESMA, REG # 7160997

| |
|---|
| **CARRIE I SESMA, REG # 7160997** |
| **Notary Public** |
| **Commonwealth of Virginia** |
| **My Commission Expires:  11/30/2019** |

IVANA COBANOV

407496 - 47

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia, Norfolk

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Anthony Burfoot | )    Case No.  2:16cr6 |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:
        Tracey Vinson
        3900 Greenway Court North
        Portsmouth, VA 23707

    **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. District Court<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.:  2 |
|---|---|---|
| | | Date and Time:  11/07/2016 10:00 am |

    You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

RECEIVED

NOV - 7 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

*(SEAL)*

Date: 9/30/16

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Anthony Burfoot
    , who requests this subpoena, are:

Andrew M. Sacks, Esquire
Sacks & Sacks, P.C.
Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: 757-623-2753
Facsimile: 757-274-0148
E-mail: sacks@lawfirmofsacksandsacks.com

63

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 2:16cr6

## PROOF OF SERVICE

This subpoena for (name of individual and title, if any) _Tracey Vinson_

was received by me on (date) _11.1.2016_

☑ I served the subpoena by delivering a copy to the named person as follows:
_Jamie Barnes_

_____ on (date) _11.1.2016_ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _11.2.2016_

_____
Server's signature

_Michael McWhorter, Process Server_
Printed name and title

_4 Norman Dr Poquoson. VA - 23662_
Server's address

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA - NORFOLK DIVISION**

STATE/COMMONWEALTH OF: VA

407496 - 63

**UNITED STATES OF AMERICA**

In re / v.

**ANTHONY BURFOOT**

}
}
}
}
}
}
}

**CASE NO:**

**2:16cr6**

### TRACEY VINSON

**3900 GREENWAY COURT N, PORTSMOUTH, VA 23707**

is the name and address of the person upon whom service of the following is to be made.

**Document(s) Served:**

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE, CHECK

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:    **11/1/2016**  @  **5:25 PM**

METHOD OF SERVICE:

*Being unable to make personal service, a copy was delivered in the following manner:*

**Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport  Service accepted by:**
**JAMIE BARNES**

Dated: 11/2/2016          Signature

Name:  MICHAEL L McWHORTER, CoVAPPS Certification No. 00-0016

COMMONWEALTH OF VIRGINIA

CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by

MICHAEL L McWHORTER

who is personally known to me.

Date:  11/2/2016

My commission expire   11/30/2019

Signature of Notary Public:     CARRIE I SESMA, REG # 7160997

> **CARRIE I SESMA, REG # 7160997**
> **Notary Public**
> **Commonwealth of Virginia**
> **My Commission Expires:  11/30/2019**

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

IVANA COBANOV

407496 - 63