AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia, Norfolk

| United States of America | ) |
|---|---|
| v. | ) |
| Anthony Burfoot | ) Case No. 2:16cr6 |
| Defendant | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Ellis Gillespie
1411 Hickman Drive
Virginia Beach, VA 23452

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Court<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.: 2 |
|---|---|
| | Date and Time: 11/07/2016 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 9/30/16

RECEIVED
NOV - 9 2016
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Anthony Burfoot
, who requests this subpoena, are:

Andrew M. Sacks, Esquire
Sacks & Sacks, P.C.
Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: 757-623-2753
Facsimile: 757-274-0148
E-mail: sacks@lawfirmofsacksandsacks.com

Case No. 2:16cr6

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# AFFIDAVIT OF ATTEMPT TO SERVE

COMMONWEALTH OF VIRGINIA        SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA - NORFOLK DIVISION**

STATE/COMMONWEALTH OF: VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: |
| In re / V. | ) | **2:16cr6** |
| ANTHONY BURFOOT | ) | |

**ELLIS GILLESPIE**
**1411 HICKMAN DR, VIRGINIA BEACH, VA 23452**

is the name and address of the person upon whom service of the following is to be made.

Document(s) Served:

**SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE, CHECK**

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of attempt of service: **11/8/2016 @ 10:20 AM**

NOT SERVED

**NOT FOUND**

SERVER'S NOTES: EVADING SERVICE. CARS IN THE YARD. NO ANSWER AT THE DOOR

Dated: 11/9/2016     Signature
Name: JOHNNIE T. DAY

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON
Subscribed and sworn to/affirmed before me this day by
JOHNNIE T. DAY
who is personally known to me.
Date: 11/9/2016
My commission expires: 1/31/2019

Signature of Notary Public: JEKECIA K. JEFFERSON, REG #7127290

JEKECIA K. JEFFERSON, REG #7127290
Notary Public
Commonwealth of Virginia
My Commission Expires: 1/31/2019

HESTER SERVICES, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

IVANA COBANOV

408527 - 3