AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
для for the



| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Anthony L. Burfoot | ) | Case No. 2:16cr6 |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. District Court 600 Granby Street Norfolk, VA 23510 | Courtroom No.: 3 |
|---|---|---|
| | | Date and Time: 11/14/2016 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 11/9/16

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* __Anthony L. Burfoot__ _____, who requests this subpoena, are:

Andrew M. Sacks, Esquire
Sacks & Sacks, P.C.
Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: 757-623-2753
Facsimile: 757-274-0148