Law Offices

# SACKS & SACKS

A Professional Corporation

*SINCE 1911*

HERMAN A. SACKS
(1886 - 1983)

STANLEY E. SACKS
ANDREW M. SACKS

TOWN POINT CENTER
150 BOUSH STREET
NORFOLK, VIRGINIA 23510
OR
POST OFFICE BOX 3874
NORFOLK, VIRGINIA 23514-3874

OFFICE: (757) 623-2753
TOLL FREE: 1-877-602-7288
Williamsburg: (757) 220-5507
FAX: (757) 274-0148
E-MAIL: sacks@lawfirmofsacksandsacks.com
Federal ID #54-1556476

Paralegals
IVANA COBANOV
ERIN DESROSIERS

November 8, 2016


RECEIVED
NOV - 9 2016
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**VIA HAND DELIVERY**
The Honorable Fernando Galindo, Clerk
United States District Court
Eastern District of Virginia, Norfolk Division
Walter E. Hoffman United States Courthouse
600 Granby Street
Norfolk, VA 23510

Re:  United States of America v. Anthony Burfoot
U.S. District Court Case No.: 2:16cr6

Dear Mr. Galindo:

Per our earlier telephone conversation earlier this afternoon, please find enclosed the original and one (1) copy of 20 subpoena requests in connection with the above-referenced matter, which we would kindly ask that you prepare for service at this time.

Once the subpoenas are ready, kindly please call our office so that we may pick them up at that time.

Please call our office if you have any questions or problems regarding this matter.

Thanking you for your continued cooperation and assistance in this matter, and with kindest personal regards, we remain

SACKS & SACKS

By: Ivana Cobanov
Paralegal to Andrew M. Sacks

Enclosure
F:\VC\BURFOOT, Anthony\ClerkUSDCSubReq11 8 16.docx