# *UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF VIRGINIA*
  NORFOLK DIVISION

## Monday, November 14, 2016

**MINUTES OF PROCEEDINGS IN**       Open Court
**PRESENT**: THE HONORABLE     Henry Coke Morgan, Jr., Senior United States District Judge
Courtroom Deputy: Lori Baxter
Law Clerk:     Leah Achor                                          Reporter:      Jody Stewart, OCR

| Set:    10:00 a.m. | Started:   10:00 a.m. | Ended:   5:03 p.m. |
|---|---|---|
| Case No.   2:16cr6 | | |
| | | |
| UNITED STATES OF AMERICA  v.  ANTHONY L. BURFOOT | | |
| | | |
| Appearances:    AUSAs Melissa E. O'Boyle, Katherine L. Martin and Uzo Asonye appeared for the USA; Andrew M. Sacks, Retained counsel, appeared with Defendant (on bond). | | |
| | | |
| Day 5 – Parties appeared pursuant to adjournment on 11/10/16.   Government resumed presentation of evidence.   Objections heard and rulings made.   Evidence and witness testimony presented.   Parties directed to reconvene at 10:00 a.m. on Tuesday, November 15, 2016.   Defendant continued on bond. | | |
| | | |
| | | |
| Lunch: 12:50 p.m. – 2:00 p.m.         Court hours:    10:00 a.m. – 5:03 p.m. | | |