# *UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF VIRGINIA*
  NORFOLK DIVISION

## Thursday, November 17, 2016

**MINUTES OF PROCEEDINGS** IN      Open Court
**PRESENT**: THE HONORABLE    Henry Coke Morgan, Jr., Senior United States District Judge
Courtroom Deputy: Lori Baxter
Law Clerk:    Leah Achor                                       Reporter:     Jody Stewart, OCR

| Set:   10:00 a.m. | Started:   10:04 a.m. | Ended:   4:51 p.m. |
|---|---|---|

| Case No.   2:16cr6 |
|---|
|  |
| UNITED STATES OF AMERICA |
| v. |
| ANTHONY L. BURFOOT |
|  |
| Appearances:   AUSAs Melissa E. O'Boyle, Katherine L. Martin and Uzo Asonye appeared for the USA; Andrew M. Sacks, Retained counsel, appeared with Defendant (on bond). |
|  |
| Day 8 – Parties appeared pursuant to adjournment on 11/16/16.   Government resumed presentation of evidence.   Objections heard and rulings made.   Evidence and witness testimony presented.   Out of the presence of the jury, defense motion for mistrial – DENIED.   Parties directed to reconvene at 10:00 a.m. on Monday, November 21, 2016.   Defendant continued on bond. |
|  |
|  |
| Lunch:   12:55-2:00 p.m.          Court hours:    10:04 a.m-4:51 p.m. |