IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA

v.     Case No. <u>2:16cr6</u>

ANTHONY L. BURFOOT

### DEFENDANT ANTHONY L. BURFOOT'S SECOND SUPPLEMENTAL DISCOVERY MOTION/REQUEST PURSUANT TO DISCOVERY ORDER OF JANUARY 20, 2016 REGARDING $10,000 CASHIER'S CHECK MADE PAYABLE TO GENESIS STAFFING

COMES NOW the defendant, Anthony L. Burfoot, by counsel, and, pursuant to the Discovery Order entered by this Court on January 20, 2016, respectfully moves and requests that the Government provide to the defendant's counsel any copies of cashier's checks drawn on Anthony Burfoot's Towne Bank account in the 2005/2006 time frame payable to Genesis Staffing in the amount of $10,000.00 and purchased by Mr. Burfoot at that time which may be in the care, custody, possession or control of the Government in any form or fashion including within the Bank of the Commonwealth document/discovery database which the Government previously offered to make available to defense counsel in this trial.

The grounds for this request include that the requested document is not only discoverable under Fed. R. Crim. P. 16(a), but also comprises potential *Brady* Material and/or *Giglio* Material.

The defendant respectfully submits that the requested document is material to and exculpatory to the defense.

                                              ANTHONY L. BURFOOT
                                              By: /s/
                                                     Of counsel

Andrew M. Sacks, Esquire, VSB#: 20082
Stanley E. Sacks, Esquire, VSB# 04305
Attorneys for defendant Anthony L. Burfoot
SACKS & SACKS, P.C.

1

Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: andrewsacks@lawfirmofsacksandsacks.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 28th day of November, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

    Melissa E. O'Boyle, Esquire
    Assistant United States Attorney
    United States Attorney's Office
    101 West Main Street, Suite 8000
    Norfolk, Virginia 23510
    Phone: (757) 441-6331
    Fax: (757) 441-6689
    Email: Melissa.OBoyle@usdoj.gov

                                      /s/
                                  Andrew M. Sacks, Esquire

Andrew M. Sacks, Esquire, VSB#: 20082
Stanley E. Sacks, Esquire, VSB# 04305
Attorneys for defendant Anthony L. Burfoot
SACKS & SACKS, P.C.
Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: andrewsacks@lawfirmofsacksandsacks.com

F:\IC\BURFOOT Anthony\Mot.DiscyReqSupp.11 28 16.docx