AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia, Norfolk

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Anthony L. Burfoot | ) | Case No.  2:16cr6 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:      Amy Ortega
         Norfolk City Treasurer's Office
         Norfolk City Hall
         810 Union Street
         Norfolk, VA 23510

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. District Court 600 Granby Street Norfolk, VA 23510 | Courtroom No.: 3 |
|---|---|---|
| | | Date and Time: 12/06/2016 10:00 am |

   You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:


(SEAL)

Date:  *12/2/16*

                                               CLERK OF COURT

                                               _____
                                               *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*      Anthony L. Burfoot
_____ , who requests this subpoena, are:

Andrew M. Sacks, Esquire
Sacks & Sacks, P.C.
Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: 757-623-2753
Facsimile: 757-274-0148

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:16cr6

## PROOF OF SERVICE

This subpoena for (name of individual and title, if any)  _Amy Ortega_

was received by me on (date)  12-5-16 .

☑ I served the subpoena by delivering a copy to the named person as follows:  Beth Estes
authorized recipient
on (date)  12-5-16 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 

My fees are $                     for travel and $                     for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date:  12-6-16

_____
Server's signature

Johnnie Day, Process Server
Printed name and title

4 Norman Dr Poquoson. VA
Server's address
23662

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA**

STATE/COMMONWEALTH OF: VA        409618 - 1

| | |
|---|---|
| UNITED STATES OF AMERICA | } CASE NO: |
| In re / v. | } **2:16cr6** |
| ANTHONY L. BURFOOT | } |

### AMY ORTEGA

## NORFOLK CITY TREASURER'S OFFICE, NORFOLK CITY HALL
### 810 UNION ST, NORFOLK, VA 23510

is the name and address of the person upon whom service of the following is to be made.

**Document(s) Served:**

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:        **12/5/2016   @   1:50 PM**

<u>METHOD OF SERVICE:</u>

*Being unable to make personal service, a copy was delivered in the following manner:*

**Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport  Service accepted by:**

**BETH ESTES**

Dated: 12/6/2016          Signature
Name:  JOHNNIE T. DAY

COMMONWEALTH OF VIRGINIA

CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by

JOHNNIE T. DAY

who is personally known to me.

Date:  12/6/2016

My commission expire   11/30/2019

Signature of Notary Public:   CARRIE I SESMA, REG # 7160997

> CARRIE I SESMA, REG # 7160997
> Notary Public
> Commonwealth of Virginia
> My Commission Expires:  11/30/2019

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

IVANA COBANOV

409618 - 1

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Virginia, Norfolk

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Anthony L. Burfoot | )    Case No.   2:16cr6 |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:      Custodian of Records
Wells Fargo Bank
Bank Street Garage
440 Monticello Avenue, #150
Norfolk, VA 23510

    **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. District Court<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.: | 3 |
|---|---|---|---|
| | | Date and Time: | 12/06/2016 10:00 am |

    You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:   *12/2/16*

                              *CLERK OF COURT*

                                  *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Anthony L. Burfoot _____, who requests this subpoena, are:

Andrew M. Sacks, Esquire
Sacks & Sacks, P.C.
Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: 757-623-2753
Facsimile: 757-274-0148

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 2:16cr6

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Wells Fargo Bank
was received by me on *(date)* 12-5-16

☑ I served the subpoena by delivering a copy to the named person as follows: Teresa Rios
Authorized recipient
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12-6-16

_____
Server's signature

Johnnie Day, Process Server
Printed name and title

H Norman Dr Pocwosan, A.
Server's address
227 662

Additional information regarding attempted service, etc;

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA**

STATE/COMMONWEALTH OF: VA

409618 - 2

**UNITED STATES OF AMERICA**

In re / v.

**ANTHONY L. BURFOOT**

}
}
}
}
}
}
}

**CASE NO:**

## 2:16cr6

---

### CUSTODIAN OF RECORDS
### WELLS FARGO BANK, BANK STREET GARAGE
**4400 MONTICELLO AVE #150, NORFOLK, VA 23510**

is the name and address of the person upon whom service of the following is to be made.

**Document(s) Served:**

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:     **12/5/2016**  @  **2:15 PM**

**METHOD OF SERVICE:**

*Being unable to make personal service, a copy was delivered in the following manner:*

*Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport  Service accepted by:*

*TERESA RIOS*

Dated: 12/6/2016                    Signature

Name:  JOHNNIE T. DAY

COMMONWEALTH OF VIRGINIA

CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by

JOHNNIE T. DAY

who is personally known to me.

Date:  12/6/2016

My commission expire   11/30/2019

Signature of Notary Public:      CARRIE I SESMA, REG # 7160997

> CARRIE I SESMA, REG # 7160997
> Notary Public
> Commonwealth of Virginia
> My Commission Expires:  11/30/2019