IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA

v.                                                      Case No. <u>2:16cr6</u>

ANTHONY L. BURFOOT

<u>**ORDER FOR EXTENSION OF TIME PURSUANT TO RULE 45 WIHTIN WHICH TO FILE POST-VERDICT MOTIONS**</u>

COMES NOW the defendant, Anthony L. Burfoot, by counsel, pursuant to his Motion For An Extension Of Time Pursuant To Rule 45 Within Which To File Post-Verdict Motions;

IN CONSIDERATION WHEREOF, without objection by the United States, and for good cause shown, to-wit, that, due to the length and complexity of trial, counsel's other current professional obligations, anticipated holiday closings (including counsel's office on December 23) and the immediate and pressing need to address other, collateral consequences of the verdicts involving certain City and recall Petition-related responsibilities, defendant's counsel needs additional time within which to prepare and file post-verdict motions; and it shall be and hereby is ORDERD that the defendant is granted an extension of time of 12 days from December 23, 2016 until January 4, 2017 to file post-verdict motions in the above-styled matter.

ENTERED on this _____day of December, 2016

_____

DEFENDANT ASKS FOR THIS:
<u>/s/ *Andrew M. Sacks*</u>
Andrew M. Sacks, Esquire, VSB#: 20082
Attorney for defendant, Anthony L. Burfoot
SACKS & SACKS, P.C.
Town Point Center
150 Boush Street, Suite 501

1

Norfolk, VA 23510
Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: andrewsacks@lawfirmofsacksandsacks.com


SEEN AND AGREED TO:

_____/s/_____
Melissa E. O'Boyle, Esquire
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6331
Fax: (757) 441-6689
Email: Melissa.OBoyle@usdoj.gov

_____/s/_____
Uzo Asonye, Esquire
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 702-299-3700
Email: uzo.asonye@usdoj.gov

_____/s/_____
Katherine Lee Martin, Esquire
Assistant United States Attorney
United States Attorney's Office
SunTrust Building
919 East Main Street
Suite 1900
Richmond, VA 23219
(804) 819-5400
Email: katherine.martin@usdoj.gov

F:\JC\BURFOOT Anthony\OrderExtension12 16 16.doc