IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:16cr6 |
| ) | |
| ANTHONY L. BURFOOT ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S POST-TRIAL MOTIONS**

The United States of America, through its undersigned counsel, files this motion for an extension of time in which to respond to defendant's post-trial motions. The government respectfully requests an additional 30 days to respond to defendant's seven post-trial motions. In support of its position, the government states as follows:

After a five-week trial, a jury convicted defendant Anthony L. Burfoot of conspiracy to commit honest services wire fraud in violation of 18 U.S.C. § 1349, honest services wire fraud in violation of 18 U.S.C. § 1343, conspiracy to obtain property under color of official right in violation of 18 U.S.C. § 1951, obtaining property under color of official right in violation of 18 U.S.C. § 1951, and two counts of perjury in violation of 18 U.S.C. § 1623.

After receiving two extensions of time in which to file his post-trial motions, on January 11, 2017, defendant filed seven post-trial motions. Defendant filed three separate motions seeking a new trial, three motions requesting a judgment of acquittal, and a motion that essentially renews all of defendant's previously-filed motions. The government's responses to

all seven motions are due on January 25, 2017. The government respectfully requests an additional 30 days in which to respond to defendant's motions.

Due to the number of motions and the length of the trial, the government respectfully submits that it needs additional time to adequately respond to defendant's seven motions. Moreover, the government attorneys also have large filings due in other cases at the same time that they are attempting to finalize and complete. Finally, one of the government's attorneys is preparing for a trial currently set for February 27, 2017. As such, the government respectfully requests an additional 30 days in which to respond to defendant's motions. The government will not file any additional requests for more time. The government has discussed this motion with defendant's counsel, and he has no objection to the government's request.

Accordingly, for these reasons, the government respectfully moves for an additional 30 days to respond to defendant's post-verdict motions.

>                               Respectfully submitted,
>
>                               Dana Boente
>                               United States Attorney
>
> By:            /s/
>                               Melissa E. O'Boyle
>                               Katherine Lee Martin
>                               Uzo E. Asonye
>                               Assistant United States Attorneys
>                               United States Attorney's Office
>                               8000 World Trade Center
>                               101 W. Main Street
>                               Norfolk, Virginia 23510
>                               (757) 441-6331
>                               (757) 441-6689
>                               Melissa.oboyle@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on January 20, 2017, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Andrew M. Sacks
Sacks & Sacks
150 Boush Street, Suite 501
Norfolk, Virginia 23510
andrewsacks@lawfirmofsacksandsacks.com

By: _____/s/_____
Melissa E. O'Boyle
Assistant United States Attorney
Virginia State Bar No. 47449
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
E-Mail Address - melissa.oboyle@usdoj.gov