IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:16cr6 |
| | ) | |
| ANTHONY L. BURFOOT | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on the Government's Motion for an Extension of Time. This motion is unopposed. Upon consideration of the Government's motion and for good cause shown, the Court hereby GRANTS the Government's motion and gives the Government an additional 30 days to respond to defendant's post-trial motions.

It is so ORDERED.

_____
The Honorable Henry Coke Morgan, Jr.
United States District Judge

Norfolk, Virginia
January ___, 2017

The Government asks for this:

/s/
Melissa E. O'Boyle
Assistant United States Attorney
Virginia State Bar No. 47449
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
E-Mail Address - melissa.oboyle@usdoj.gov

Defendant has seen and agreed:

/s/
Andrew M. Sacks
Counsel for Defendant Anthony L. Burfoot
Sacks & Sacks
150 Boush Street, Suite 501
Norfolk, VA 23510
Office Number - 757-623-2753
Facsimile Number – 757-274-0148
E-Mail Address - andrewsacks@lawfirmofsacksandsacks.com